

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00078-CV

| | | |
|---|---|---|
| CITY OF ARLINGTON, Appellant | § | On Appeal from the 48th District Court |
| V. | § | of Tarrant County (048-315819-20) |
| | § | October 14, 2021 |
| MONIQUE UKPONG, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. We reverse the trial court's order denying appellant City of Arlington's plea to the jurisdiction, and we render a judgment dismissing appellee Monique Ukpong's claims.

It is further ordered that appellee Monique Ukpong shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack